# Court of Appeals
# of the State of Georgia

ATLANTA, November 19, 2013

*The Court of Appeals hereby passes the following order*

**A14I0044. MICHAEL JON KELL et al. v. WILMINGTON TRUST, N.A., et al..**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

1211632



Court of Appeals of the State of Georgia
    Clerk's Office, Atlanta, November 19, 2013.

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , Clerk.